FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D19-0397
_____

CHRISTOPHER MACK CHARLES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
Russell Healey, Judge.

April 29, 2019


PER CURIAM.

Upon consideration of Appellant's response to the Court's show cause order of February 5, 2019, the appeal is dismissed for lack of jurisdiction.

LEWIS, WETHERELL, and ROWE, JJ., concur.


_____


***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Christopher Mack Charles, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.